*In re* LUIS VERGNE ORTIZ, querellado.

Núm. 65.—*Sometido:* Marzo 5, 1947. *Resuelto:* Marzo 10, 1947.

*Luis Vergne Ortiz, pro se; Joaquín Correa Suárez, Fiscal Auxiliar del Tribunal Supremo, abogado de El Pueblo.*

EL JUEZ ASOCIADO SEÑOR TODD, JR., emitió la opinión del tribunal.

Se alegó en la querella en este caso que el abogado Luis Vergne Ortiz actuando como notario público y en violación de la Ley Notarial, dió fe, en cuatro fechas distintas, de que cuatro personas suscribieron y juraron ante él cuatro

pagarés, por $100 cada uno, habiendo dicho querellado registrado los referidos juramentos en su Registro de *Affidavits,* sin constarle que las firmas eran de los otorgantes. Se alegó, además, que a virtud de dicha actuación ilegal, Josefa Quiñones Vda. de Maldonado, dando crédito a su firma notarial, se desprendió, en cuatro ocasiones distintas de la suma de $100.

El querellado, tanto al contestar la querella, como en la vista del caso, admitió los hechos antes expuestos y en su defensa alegó su buena conducta profesional durante veintiocho años, tanto como abogado y notario como Secretario de la Corte de Distrito de San Juan, y admitió que "desviándose de su invariable línea de conducta, el querellado, influenciado por la vejez y aparente seriedad y corrección de Belén Olmeda, contra su costumbre, indebidamente, por complacencia en pugna con el estricto cumplimiento de su deber, aceptó que dicha señora trajera a su oficina las cuatro obligaciones antes reseñadas y las autorizó, recibiendo en cada caso una compensación de cincuenta centavos."

Alegó y probó además el querellado que había satisfecho a Josefa Quiñones Vda. de Maldonado el importe de las cuatro obligaciones mencionadas.

No hay duda alguna de que la actuación del querellado constituyó, no sólo conducta impropia y censurable, sino que ilegal, en el ejercicio de su profesión. Él mismo así lo reconoce y admite, con humildad y franqueza, que dicen bien de su contextura moral. La perjudicada fué posteriormente resarcida por el querellado en el importe de los pagarés.

La complacencia en pugna con el estricto cumplimiento de su deber, confesada por el querellado, pudo haber ensombrecido para siempre el buen nombre adquirido a través de muchos años de trabajo y de sacrificio. Si no existiera el concepto de responsabilidad que estamos convencidos existe en el querellado, debido a la forma en que ha confrontado los cargos formulados en esta querella, su actuación merecería un severo castigo.

Porque a esta conclusión llegamos, somos de opinión que se cumplen los fines de la justicia *suspendiendo al querellado en el ejercicio de su profesión de abogado y notario por un término de tres meses y así se ordenará.*